Michael McKneely (State Bar No. 214896)
MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JESUS NUNEZ

MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>JESUS NUNEZ,<br>*Defendant.* | Case No. 1:19-cr-00145-TLN-EPG<br><br>**(1) STIPULATION RESCHEDULING SENTENCING; and**<br>**(2) ORDER**<br><br>Date: October 19, 2026<br>Judge: Hon. Troy L. Nunley, *Chief J.* |

**STIPULATION**

The United States of America, through Assistant U.S. Attorney Justin J. Gilio, and Defendant Jesus Nunez, through counsel Michael McKneely, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 19, 2026 before the Court;

2. The presentence interview of Defendant has not yet been conducted; counsel for Defendant and the assigned United States Probation Officer have to date been unable to schedule the interview due to conflicts in their respective schedules;

3. Additional time is required to complete the presentence interview and to permit the United States Probation Office to prepare and disclose the

presentence report in advance of the sentencing hearing;

4. United States Probation Officer Jesse Mora has been consulted by counsel and is not opposed to the requested continuance;

5. The court is available to reschedule this sentencing hearing on December 14, 2026; and

The parties agree that good cause exists to reschedule the sentencing hearing to December 14, 2026, at 9:30 a.m., and to reset the associated presentence deadlines consistent with the new sentencing date, with a revised schedule to issue from the United States Probation Office.

Respectfully submitted,

Dated: September 1, 2026

MCKNEELY LAW FIRM

By: s/ Michael McKneely
Michael McKneely
Attorneys for JESUS NUNEZ

Dated: September 1, 2026

ERIC GRANT
United States Attorney
By: s/ Justin J. Gilio (by authorization)
JUSTIN J. GILIO
ASSISTANT UNITED STATES ATTORNEY

MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150

Michael McKneely (State Bar No. 214896)
MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
JESUS NUNEZ

MCKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
T-(559) 443-7442 | F-(559) 860-0150

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>JESUS NUNEZ,<br>*Defendant.* | Case No. 1:19-cr-00145-TLN-EPG<br>**ORDER** |

Based upon the stipulation and representations of the parties, the Court finds good cause to vacate the sentencing hearing scheduled for October 19, 2026, and resets sentencing to December 14, 2026, at 9:30 a.m., in Courtroom 5 before this Court. The associated presentence deadlines shall be reset consistent with the revised schedule to be issued by the United States Probation Office.

IT IS SO ORDERED

DATED: September 1, 2026

Troy L. Nunley
Chief United States District Judge